**Travis McClinton LEWIS,
Plaintiff–Appellant,**

**v.**

**Ms. JEHUA, LPN; Seth Wirekoh, LPN; Edward Adusei, LPN; Officer Weakley, Guard, Defendants–Appellees,**

**and**

**Ms. Wallace, Ombudsman, Defendant.**

**No. 11–6058.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Travis McClinton Lewis, Appellant Pro Se. Lisa H. Leiner, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McClinton Lewis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Jehua,* No. 2:08–cv–00398–MSD–DEM (E.D.Va. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*